UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNG CHO,

        Plaintiff,                            Case No. 21-cv-337-pp

   v.

SPINNAKER INSURANCE COMPANY
and HIPPO ANALYTICS, INC.
*d/b/a Hippo Insurance Services*,

        Defendants.

---

**ORDER APPROVING STIPULATION OF DISMISSAL (DKT. NO. 22)**

---

The parties filed a Stipulation for Dismissal With Prejudice. Dkt. No. 22. The court **APPROVES** the parties' stipulation and **ORDERS** that this case is **DISMISSED WITH PREJUDICE**, in its entirety, as to any and all causes of action, claims, counterclaims and cross-claims by and between the parties, and without costs to any of said parties.

Dated in Milwaukee, Wisconsin this 28th day of March, 2023.

                                              **BY THE COURT:**

                                              _____
                                              **HON. PAMELA PEPPER**
                                              **Chief United States District Judge**